MOFFATT et al. v. BOARD OF TRADE OF KAN-
SAS CITY et al., Appellants.

Division Two, April 2, 1907.

**APPELLATE JURISDICTION:** Injunction. Where the suit is an injunction pure and simple and no constitutional question is involved, and the final decree from which the appeal is taken simply perpetuates the injunction against the defendants and adjudges costs against them, the Supreme Court has no jurisdiction of the appeal.

Appeal from Jackson Circuit Court.—*Hon. W. B. Teasdale,* Judge.

Transferred to Kansas City Court of Appeals.

*Kimbrough Stone* and *Frank Hagerman* for appellants.

*Harkless, Crysler & Histed* for respondents.

BURGESS, J.—This is an injunction proceeding pure and simple. No constitutional question is involved; so that, jurisdiction of this appeal could only be maintained on the ground that the amount in dispute exceeded the amount of four thousand five hundred dollars (Laws 1901, p. 107), and as the final decree from which the appeal is taken simply perpetuates the injunction against the defendants, their servants and employees, and adjudges against them the costs of the suit, this court has no jurisdiction of the appeal. [Scheurich v. Light Company, 183 Mo. 496.]

We, therefore, think the record should be transferred to the Kansas City Court of Appeals. It is so ordered. All concur.